

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information | |
|---|---|
| Case Caption: **Pearson-Ahlborg** | vs. **Com. of Judicial Tenure et al** |
| District Court Number: **CV17-123M** | Presiding Judge: **Judge McConnell** |
| Notice of Appeal filed by: **Plaintiff** | Notice of Appeal document number: **4** |

Appeal from: **4/3/2017 Text Order & 4/14/2017 Text Order**

Other information:

Fee status: **IFP Pending**   Pro se case: Yes ✓   No ☐

Emergency or requires expedition: **No**   *If yes, reason:*

| Record Information |
|---|

Motions Pending   Yes ✓   No ☐
*If yes, document #* **5 IFP Motion**

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Frank Perry, Acting Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**FRANK PERRY**
Acting Clerk of Court

Date: **05/11/2017**   /s/Vickie McGuire
Deputy Clerk

APPEAL,Pro Se Plaintiff

# U.S. District Court
# District of Rhode Island (Providence)
# CIVIL DOCKET FOR CASE #: 1:17−cv−00123−M−PAS

| | |
|---|---|
| Pearson−Ahlborg v. Commission of Judicial Tenure and Discipline et al | Date Filed: 03/30/2017 |
| | Date Terminated: 04/03/2017 |
| Assigned to: District Judge John J. McConnell, Jr. | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Patricia A. Sullivan | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331 Fed. Question: Civil Rights Violation | Jurisdiction: Federal Question |

**Plaintiff**

**Susan Pearson−Ahlborg**  represented by  **Susan Pearson−Ahlborg**
19 Williams St.
Lincoln, RI 02865
(401) 787−3321
PRO SE

V.

**Defendant**

**Commission of Judicial Tenure and Discipline**

**Defendant**

**Peter Kilmartin, Esquire**
*Acting Attorney General*

**Defendant**

**Glenn Sparr, Esquire**
*Attorney*

**Defendant**

**Alan B. Feinstein**
*Former Rhode Island employee*

**Defendant**

**Maureen Keough, Esquire**
*Assistant Attorney General*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/29/2017 | 1 | | COMPLAINT, filed by Susan Pearson−Ahlborg. (Attachments: # 1 Civil Cover Sheet)(Jackson, Kerrie) (Entered: 03/30/2017) |
| 03/29/2017 | 2 | | MOTION for Leave to Proceed in forma pauperis , filed by Susan Pearson−Ahlborg. (Jackson, Kerrie) (Entered: 03/30/2017) |

| 04/03/2017 | | 9 | TEXT ORDER: Pursuant to 28 U.S.C. 1915, this Court has reviewed the Complaint and it fails to state plausible claims upon which relief can be granted. Therefore, this action is dismissed and the 2 Motion for Leave to Proceed in forma pauperis is DENIED− So Ordered by District Judge John J. McConnell, Jr. on 4/3/2017. (Barletta, Barbara) (Entered: 04/03/2017) |
|---|---|---|---|
| 04/12/2017 | 3 | | MOTION for Reconsideration re Text Order dated 4/3/17: Pursuant to 28 U.S.C. 1915, this Court has reviewed the Complaint and it fails to state plausible claims upon which relief can be granted. Therefore, this action is dismissed and the 2 Motion for Leave to Proceed in forma pauperis is DENIED. filed by Susan Pearson−Ahlborg. Responses due by 4/26/2017. (McGuire, Vickie) Modified on 4/13/2017 (McGuire, Vickie). (Entered: 04/13/2017) |
| 04/14/2017 | | 8 | TEXT ORDER denying 3 Motion for Reconsideration 4/3/17 Text Order on Motion for Leave to Proceed in forma pauperis, − So Ordered by District Judge John J. McConnell, Jr. on 4/14/2017. (Barletta, Barbara) (Entered: 04/14/2017) |
| 05/11/2017 | 4 | 3 | NOTICE OF APPEAL by Susan Pearson−Ahlborg as to Order on Motion for Leave to Proceed in forma pauperis, Order on Motion for Reconsideration<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 5/18/2017. (McGuire, Vickie) (Entered: 05/11/2017) |
| 05/11/2017 | 5 | 4 | MOTION for Leave to Appeal in forma pauperis filed by Susan Pearson−Ahlborg. (McGuire, Vickie) (Entered: 05/11/2017) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Susan Pearson-Ahlborg

          Plaintiff

v.                                  Case No. **CA 17-123**

**Commission of Judicial Tenure et al**

          Defendant



2017 MAY 11 P 2:37

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## NOTICE OF APPEAL

Notice is hereby given that **Susan Pearson Ahlborg**,
Name

the **Plaintiff** in the above-referenced matter, hereby appeals to the
Party type

United States Court of Appeals for the First Circuit from the **Dismissal of Motion**
Final judgment or description of order

**Motion for Reconsideration-Denied** entered in this action on **May 11, 2017**.
Date of entry

Respectfully submitted,

[signature]

**Susan Pearson Ahlborg, Pro-Se**
Name

Signature

**05/11/2017**
Date

Bar Number

**401-787-3321**
Telephone Number

Firm/Agency

**19 Williams Street**
Address

Fax Number

**Lincoln, RI 02865**
City, State, Zip Code

E-mail Address

3

```
MIME-Version:1.0
From:cmecf@rid.uscourts.gov
To:cmecfnef@rid.uscourts.gov
Bcc:
--Case Participants: District Judge John J. McConnell, Jr. (jjmnef@rid.uscourts.gov),
Magistrate Judge Patricia A. Sullivan (mag_judge_sullivan@rid.uscourts.gov,
pasnef@rid.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:1175666@rid.uscourts.gov
Subject:Activity in Case 1:17-cv-00123-M-PAS Pearson-Ahlborg v. Commission of Judicial
Tenure and Discipline et al Order on Motion for Reconsideration
```
Content−Type: text/html

## U.S. District Court

### District of Rhode Island

**Notice of Electronic Filing**

The following transaction was entered on 4/14/2017 at 2:52 PM EDT and filed on 4/14/2017

| | |
|---|---|
| **Case Name:** | Pearson−Ahlborg v. Commission of Judicial Tenure and Discipline et al |
| **Case Number:** | 1:17−cv−00123−M−PAS |
| **Filer:** | |

**WARNING: CASE CLOSED on 04/03/2017**

**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER denying [3] Motion for Reconsideration 4/3/17 Text Order on Motion for Leave to Proceed in forma pauperis, − So Ordered by District Judge John J. McConnell, Jr. on 4/14/2017. (Barletta, Barbara)**

**1:17−cv−00123−M−PAS Notice has been electronically mailed to:**

**1:17−cv−00123−M−PAS Notice has been delivered by other means to:**

Susan Pearson−Ahlborg
19 Williams St.
Lincoln, RI 02865

```
MIME-Version:1.0
From:cmecf@rid.uscourts.gov
To:cmecfnef@rid.uscourts.gov
Bcc:
--Case Participants: District Judge John J. McConnell, Jr. (jjmnef@rid.uscourts.gov),
Magistrate Judge Patricia A. Sullivan (mag_judge_sullivan@rid.uscourts.gov,
pasnef@rid.uscourts.gov)
--Non Case Participants: Courtroom Deputies (courtroom_deputies@rid.uscourts.gov), Finance
Department (claire_parvin@rid.uscourts.gov, wendy_geile@rid.uscourts.gov), RI Department
of Corrections Finance (susan.vani@doc.ri.gov), United States Marshal Service
(usms-rid-operations@usdoj.gov)
--No Notice Sent:

Message-Id:1170967@rid.uscourts.gov
Subject:Activity in Case 1:17-cv-00123-M-PAS Pearson-Ahlborg v. Commission of Judicial
Tenure and Discipline et al Order on Motion for Leave to Proceed in forma pauperis
```
Content−Type: text/html

# U.S. District Court

## District of Rhode Island

**Notice of Electronic Filing**

The following transaction was entered on 4/3/2017 at 12:33 PM EDT and filed on 4/3/2017

| | |
|---|---|
| **Case Name:** | Pearson−Ahlborg v. Commission of Judicial Tenure and Discipline et al |
| **Case Number:** | 1:17−cv−00123−M−PAS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**TEXT ORDER: Pursuant to 28 U.S.C. 1915, this Court has reviewed the Complaint and it fails to state plausible claims upon which relief can be granted. Therefore, this action is dismissed and the [2] Motion for Leave to Proceed in forma pauperis is DENIED− So Ordered by District Judge John J. McConnell, Jr. on 4/3/2017. (Barletta, Barbara)**

**1:17−cv−00123−M−PAS Notice has been electronically mailed to:**

**1:17−cv−00123−M−PAS Notice has been delivered by other means to:**

Susan Pearson−Ahlborg
19 Williams St.
Lilncoln, RI 02865